[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

RECEIVED

MAR 03 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| Chrishawnda Banks | ) | |
| | ) | 1:26-cv-02366 |
| Plaintiff(s), | ) | Judge Steven C. Seeger |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| v. | ) | RANDOM / CAT 1 |
| | ) | |
| Walmart | ) | |
| | ) | |
| Defendant(s). | ) | |

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is Chrishawnda Banks of the county of Cook in the state of Illinois.

3.  The defendant is Walmart, whose street address is 4626 W. Diversey, (city) Chicago (county) Cook (state) Illinois (ZIP) 60639

(Defendant's telephone number) (773) - 638-1880

4.  The plaintiff sought employment or was employed by the defendant at (street address) 4626 W. Diversey (city) Chicago (county) Cook (state) Illinois (ZIP code) 60639

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) May , (day) 15 , (year) 2022 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☑ the United States Equal Employment Opportunity Commission, on or about (month) 08 (day) 25 (year) 2025 .

        (ii) ☐ the Illinois Department of Human Rights, on or about (month) (day) (year) .

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☑ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____ .

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes   ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [***check only those that apply***]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.     If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.     Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12.     The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): Intimidation to employees witnesses And/or promotions

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a)   ☐ Direct the defendant to hire the plaintiff.

   (b)   ☑ Direct the defendant to re-employ the plaintiff.

   (c)   ☐ Direct the defendant to promote the plaintiff.

   (d)   ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e)   ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f)   ☑ Direct the defendant to (specify): _pay severance for lost wages_ _and emotional distress Back pay Front pay_ _punitive damages_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)    ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)    ☑ Grant such other relief as the Court may find appropriate.


_Chrishawnda Banks_
(Plaintiff's signature)

_Chrishawnda Banks_
(Plaintiff's name)

_@ 3325 W. Maypole Ave        A2_
(Plaintiff's street address)

(City) _Chicag_        (State) _ILL_    (ZIP) _60624_

(Plaintiff's telephone number) (312) – _4783245_

Date: _03/03/2026_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION Chrishawnda, ) Plaintiff, ) ) v. ) Case No. _____ ) Walmart Inc., ) Defendant. ) COMPLAINT AND JURY DEMAND

Factual Background Plaintiff began working for Walmart in August 2017. Beginning in May 2022, Plaintiff was subjected to harassment and intimidation by Team Lead Evelyn Vega, including yelling, mocking conduct, spreading false statements, and use of a racial slur in Spanish. Plaintiff reported this conduct to management and Walmart Ethics on multiple occasions. Following these reports, Plaintiff experienced escalating adverse actions, including three terminations. ▦ FIRST RETALIATION CYCLE (May–June 2022) • 05/19/2022 – Reported harassment by Evelyn Vega to Manager Matthew Tigges and Store Manager Keith Gallo • 05/22/2022 – Contacted Walmart Ethics/Open door • 06/08/2022 – Second report to Walmart Ethics • 06/10/2022 – Terminated Walmart cited attendance points. The termination occurred shortly after Plaintiff's complaints to management and Ethics. After escalating to Market Manager Ryan Pollock, Plaintiff was reinstated. ▦ SECOND RETALIATION CYCLE (September 2022) After returning from leave in September 2022, Plaintiff again reported harassment to management. • 09/14/2022 – Terminated Walmart claimed a Leave of Absence paperwork issue. Plaintiff had submitted paperwork within the required timeframe and emails from Sedgwick. Plaintiff believes the LOA issue was used as pretext following continued harassment complaints. ▦ THIRD RETALIATION CYCLE (2024 Escalation) In February 2024, Plaintiff continued to report harassment and sought to transfer shifts to avoid further conflict. Availability form was filled out. Mid 2024 denied transfer of shift, later applied for shift via Walmart one with Celina Rozenek assistance. Shift Change / Scheduling Issues Plaintiff submitted availability and shift transfer requests as well as Time off request in 2024. These requests were initially denied. Plaintiff reported the denials to management and Ethics. Some requests were later approved after repeated complaints. July 2024 – False Allegation (Claims Pallet Incident) In July 2024, Plaintiff was accused of throwing objects at Team Lead Evelyn Vega. Plaintiff states that she tossed a damaged item onto a claims pallet in the ordinary course of work. Video was reviewed. Despite no evidence of throwing an object at Vega, Plaintiff was coached. Plaintiff believed this discipline was retaliatory. Continued Reports Between August–December 2024, Plaintiff wrote and signed a statement on Vega which lead to • Continued harassment • Interference with time off approvals • Yelling and intimidation • Retaliatory treatment Plaintiff contacted Ethics and open door in September 2024. Followed up with numerous complaints in office to Celina Rozenek and or Caroline. November 2024 – "Listening 10" Wk 44 Meeting Plaintiff reported harassment concerns to Store Lead Jennifer during a store meeting. December 2024 – Escalation and Legal Mention On 12/11/2024, Plaintiff requested to speak with Store Lead Jennifer regarding ongoing harassment and retaliation and was told to have Celina make an appointment. Plaintiff informed management she intended to seek legal advice. Plaintiff asked to take a point Celina agreed. Plaintiff never met with Justin Sams instead had clocked out. Shortly thereafter, Plaintiff was called into the office regarding an alleged conflict involving another associate. Plaintiff denied the allegation. Present was Team Lead Orlando Diaz 12/23/2024 Asked Marisol for meeting with store lead/Store manager for false allegations Present was Latoris Pugh ▦ FINAL TERMINATION Date: 12/30/2024 Decision-maker identified: Rodrigo Delosada Reason given: Alleged threat toward an associate Walmart did not provide: • A date of the alleged threat • A time • A location • A description of words used • Any witness statements • Any video evidence • Any police report Plaintiff was not interviewed regarding the allegation before termination. Plaintiff denies making any threat and believes the allegation was fabricated as pretext following her repeated complaints of harassment and

retaliation. 🖳 Pattern Summary Plaintiff engaged in protected activity repeatedly by reporting harassment to management, open door and Walmart Ethics in: • May–June 2022 • September 2022 • March-December 2024 Following these reports, Plaintiff experienced: 1. June 2022 termination 2. September 2022 termination 3. December 2024 termination Plaintiff believes the terminations and disciplinary actions were retaliatory and that Walmart investigator was a conflict of interest and failed to conduct fair and impartial investigations.

Respectfully submitted, *Chrishawnda Banks* Chrishawnda Banks
Plaintiff, Pro Se Chicago, Illinois 312-478-3245 chris.hawn.dab@gmail.com

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/17/2025

**To:** Chrishawnda Banks
3325 w Maypole A2
CHICAGO, IL 60624
Charge No: 440-2025-05047

EEOC Representative and email:  EVA BARAN
INVESTIGATOR
EVA.BARAN@EEOC.GOV

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2025-05047.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
12/17/2025
Amrith Kaur Aakre
District Director

Cc:
NA NA
Walmart
4626 W DIVERSEY AVE
CHICAGO, IL 60639

Heather Garrison
Walmart Store 5617 c/o Littler Mendelson, P.C.
2301 McGee Street STE 700
Kansas City, MO 64108

Scott A Foreman
c/o Littler Mendelson, P.C
2301 McGee Street, Suite 80 Suite 700
Kansas City, MO 64108

Please retain this Notice for your records.

EEOC No. 440-2025-05047 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 440-2025-05047 |
| Illinois Department Of Human Rights | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Chrishawnda Banks

Phone No.:        312-478-3245
Year of Birth:    1977
Mailing Address: 3325 w Maypole A2
CHICAGO, IL 60624

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: WALMART STORE 5617

No. Employees, Members: 201 - 500 Employees

Phone No.: 479-277-7178

Mailing Address: 4626 W DIVERSEY AVE

CHICAGO, IL 60639, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Race, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 06/01/2024
Latest: 12/30/2024

THE PARTICULARS ARE:

I began my employment with Respondent on or around August 11, 2017. My most recent position was Overnight Stocker. During my employment, I was subjected to harassment. I made multiple discrimination complaints to Respondent. I was a witness to a discrimination complaint in or around September 2024. Subsequently, my request for to transfer was denied and I was discharged on or around December 30, 2024.

I believe that I have been discriminated against because of my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

EEOC Form 5 (06/24)                                                      Page 1 of 3

EEOC No. 440-2025-05047 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

*Chushawnka Banks*

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____